1 Robert S. Arns, State Bar No. 65071
2 Morgan C. Smith, State Bar No. 168146
**THE ARNS LAW FIRM**
3 A Professional Corporation
515 Folsom Street, 3rd Floor
4 San Francisco, California  94105
5 Phone: (415) 495-7800
Fax: (415) 495-7888
6

7 Attorneys for Plaintiff

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 OAKLAND DIVISION
12

13 DENNIS RINEAR and DARLA RINEAR,           )
                                            ) No. CV 08-04965 SBA
14                                          )
15              Plaintiffs,                 ) **PROPOSED ORDER ALLOWING**
                                            ) **THE FILING OF PLAINTIFFS'**
16 vs.                                      ) **FIRST AMENDED COMPLAINT**
17                                          )
                                            ) **Assigned for all Purposes to**:
18 JET FREIGHT SYSTEMS, INC. and DOES 1) Judge Saundra Brown Armstrong
19 to 100, inclusive                        )
                                            ) **Complaint Filed**: October 30, 2008
20              Defendants.                 ) **Discovery Cut-Off**: NONE
                                            ) **Trial Date**: NONE
21 _____)
22

23

24

25

26

27

28

-1-
PROPOSED ORDER ALLOWING THE FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT

IT IS HEREBY ORDERED:

A First Amended Unverified Complaint may be filed by The Arns Law Firm, the attorneys for Plaintiffs Dennis Rinear and Darla Rinear for the only purpose of adding World Asis Logistics Corporation as a defendant to the current action.

IT IS SO ORDERED:

DATED:     2/26/09                    _____*Saundra B. Armstrong*_____
                                       JUDGE OF THE SUPERIOR COURT