**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   DENNIS RINEAR and DARLA RINEAR,              No. C 08-4965-SBA

6              Plaintiffs,                        **ORDER**

7    v.                                           [Docket Nos. 28, 31]

8   JET FREIGHT SYSTEMS, *et al.*,

9              Defendants.
                                            /
10

11        The Court, having received the parties' stipulation that good cause exists to set aside the

12  Entry of Default against World Asia Logistics, Inc., HEREBY directs the Clerk of the Court to SET

13  ASIDE the entry of default entered on April 23, 2009. [Docket No. 28].  Defendant World Asia

14  Logistics, Inc., may file a responsive pleading in this action within five (5) days of the entry of this

15  Order.

16        IT IS SO ORDERED.

17

18  Dated: 5/12/09                               *Saundra B Armstrong*

19                                               Saundra Brown Armstrong
                                                 United States District Judge
20

21

22

23

24

25

26

27

28