MATTHEW P. GUICHARD, SBN 107450
CHRISTOPHER K. TENG, SBN 176431
ERIKA PORTILLO, SBN, 252025
**GUICHARD, TENG & PORTELLO, A.P.C.**
Sutter Square
1800 Sutter Street, Suite 730
Concord, CA 94520
Telephone:     (925) 459-8440
Facsimile:      (925) 459-8445
Electronic Mail: mattg@gtlaw.net

Attorneys for Third-Party Defendant
COMMODITY FORWARDERS, INC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RINEAR AND DARLA RINEAR<br><br>    Plaintiffs,<br><br> vs.<br><br>JET FREIGHT SYSTEMS, INC.; WORLD ASIA LOGISTICS CORPORATION AND DOES 1 TO 100, INCLUSIVE<br><br>    Defendants.<br>_____<br><br>WORLD ASIA LOGISTICS, INC.,<br><br>    Cross-Claimant,<br><br> vs.<br><br>JET DELIVERY SYSTEMS, INC., et al.<br><br>    Cross-Defendants.<br>_____<br><br>WORLD ASIA LOGISTICS, INC.,<br><br>    Third Party Plaintiff,<br><br> vs.<br><br>COMMODITY FORWARDERS, INC., et al.<br><br>    Third Party Defendants.<br>_____ | Case No: CV-08-04965 SBA<br>Assigned for all purposes to the Honorable Saundra B. Armstrong, Courtroom 1<br><br>**STIPULATION AND ORDER TO FILE AN AMENDED ANSWER TO THIRD PARTY CLAIM**<br>_____<br><br>*First Amended Complaint Filed: February 27, 2009*<br>*Trial Date: May 17, 2010* |

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, by and through

1

STIPULATION AND ORDER TO FILE AN AMENDED ANSWER TO THIRD PARTY CLAIM- **CIVIL ACTION NO. CV-08-04965 SBA**

1 undersigned counsel, pursuant to Rule 15(2) of the Federal Rules of Civil Procedure as follows:

2     1. On May 28, 2009, WORLD ASIA LOGISTICS, INC., (hereinafter "WORLD ASIA") filed a Third Party Claim against COMMODITY FORWARDERS, INC., (hereinafter "COMMODITY") for Express Indemnity, Indemnification, Apportion of Fault, and Declaratory Relief, pursuant to a Sublease between WORLD ASIA and COMMODITY, regarding the premises involved in this action.

    2. On June 24, 2009, COMMODITY filed an answer to that Third Party Claim.

    3. Since the filing of the answer, COMMODITY has discovered additional facts to allege causes of action against WORLD ASIA and JET DELIVERY SYSTEMS, INC (hereinafter "JET DELIVERY"). The Counter-Claim and the Cross-Claim set forth in the Amended Answer will allow COMMODITY to recover from WORLD ASIA and JET DELIVERY for the damages suffered in defending Plaintiffs' Amended Complaint and the Third-Party Claim and in paying for reasonable settlement and/or judgment entered against COMMODITY under the Amended Complaint.

    4. The Amended Answer sets forth a Counter-Claim and a Cross-Claim pleading causes of action for Implied Indemnity, Comparative Indemnity, Equitable Indemnity, Contribution and Declaratory Relief, against WORLD ASIA and JET DELIVERY which are related to the subject matter of this action.

    5. The parties agree and stipulate that COMMODITY may file its Amended Answer to WORLD ASIA's Third Party Claim, attached hereto as Exhibit "A".

    6. COMMODITY shall file its Amended Answer to the Third Party Claim within (10) days of notice of entry of this Order.

    7. JET DELIVERY and WORLD ASIA shall file their responses to the Cross-Claim and Counter Claim, respectively, within (15) days of service of the Amended Answer.

**IT IS SO STIPULATED**.

Dated: July ___, 2009                       GUICHARD, TENG & PORTELLO, A.P.C.

                                         By: _____
                                                MATTHEW P. GUICHARD
                                                CHRISTOPHER K. TENG
                                                ERIKA PORTILLO
                                                Attorneys for Third-Party Defendant

**GUICHARD, TENG & PORTELLO A.P.C.**
SUTTER SQUARE
1800 Sutter Street, Suite 730
Concord, California 94520
Telephone: (925) 459-8440
Facsimile: (925) 459-8445

<div style="margin-left: auto;">

COMMODITY FORWARDERS, INC.

Dated: July___,2009                        BRAGG & KULUVA

_____
ROBERT A. BRAGG
TRACY C. LEMMON
Attorney for Defendant WORLD ASIA
LOGISTICS, INC.

Dated: July___,2009                        THE ARNS LAW FIRM

_____
ROBERT S. ARNS
MORGAN C. SMITH
JONATHAN E. DAVIS
Attorneys for Plaintiffs

Dated: July____,2009                       ERICKSEN ARBUTHNOT

_____/s/_____
ANDREW P. SCLAR
CYNTHIA M. SOLIMAN
Attorneys for Defendant JET DELIVERY
SYSTEMS, INC.

</div>

**GOOD CAUSE APPEARING, IT IS SO ORDERED**

9/15/09                        _____
                               Honorable Saundra B. Armstrong