UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RINEAR ET AL., | ) | No. C08-04965 SBA |
| Plaintiff, | ) | |
| | ) | <u>ORDER DISMISSING ACTION</u> |
| vs. | ) | |
| | ) | |
| JET FREIGHT SYSTEMS, INC., ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

     The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

     IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

     IT IS SO ORDERED.

DATED:1/20/10

                                                        */s/ Saundra B Armstrong*
                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge